<u>Record of Conference and Orders: Vera M. Scanlon, USMJ</u>   Date: <u>4/30/2018</u>

Case: Galicia v. J & C NY Restaurant Inc. et al    Status Conf. @ 2:30 PM

Civ. A: 2:17-cv-00754-VMS

<u>ECF Recording in 13A South:</u>   ☐ Telephone Conference   ☒ In-person Conference

<u>Counsel:</u> *(See separately docket entry or document for specific appearances)*
☒ Counsel for Plaintiff(s)  ☐ Pro Se Plaintiff(s)  ☒ Counsel for Defendant(s)  ☐ Pro Se Defendant(s)
<u>Conference Type:</u>

☐ Initial Conference  ☐ Status Conference  ☐ Settlement Conference  ☒ Motion Hearing  ☐ Discovery Conference  ☐ JPTO Conference    ☐ Other _____

<u>Further to the conference, discovery and other scheduling dates are as follows:</u>
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record

☐ Rule 26(a) disclosures, incl. supplements

☐ Document requests to be served

☐ Interrogatories to be served

☐ Amended pleadings, incl. joinder    ☐ To be served    ☐ To be filed
    ☐ Complaint ☐ Answer          ☐ On consent ☐ By motion ☐ By PMC letter

☐ Joint status letter ☐ Stip of dismissal to be filed

☐ Status conference           Date:         Time:
    ☐ In person ☐ Telephone (718) 613-2300   To be organized by:

☐ Specific depositions to be held

☐ Fact discovery closes

☐ Expert disclosures to be served

☐ Initial expert report(s) to be served

☐ Rebuttal expert report(s) to be served

☐ Expert discovery closes

☐ All discovery closes

☐ Joint letter confirming discovery is concluded

☐ Summary judgment to be initiated    ☐ PMC letter ☐ Briefing

☐ Joint pre-trial order to be filed    ☐ Letter for conference ☐ Proposed JPTO

☐ Proposed confidentiality order to be filed

☐ Consent to Magistrate Judge to be filed

☐ Settlement Conference            Date:         Time:

1/2

Page __ of __

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: Gabini                Civ. A. 17-754

Date: 4/30/2018

**Additional Orders:**

The settlement is approved as fair and reasonable as stated on the record.

Case is closed.

Page 2 of __